UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
OWENS  et al

                        `        Plaintiff

       -against-                             Case No. 1:12-mc-00243-p1

THE REPUBLIC OF SUDAN et al         NOTICE OF CHANGE OF
                                               ADDRESS
                 Defendant.
--------------------------------------------------------

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

     I have cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

        <u>STEPHEN NORMAN WEISS</u>
        FILL IN ATTORNEY NAME

My SDNY Bar Number is:<u>  SW 3662 </u>    My State Bar Number is:   <u>N/A</u>

I am,
     An attorney
     ~~A Government Agency attorney~~
     ~~A Pro Hac Vice attorney~~

OLD FIRM:      Moses & Singer LLP
                     405  Lexington Avenue, NYC  10174
                     Tel: 212-554-7846
                     Fax: 917-206-4346

NEW FIRM:     Law Office of Stephen Norman Weiss
                     1601 Broadway   - 12th floor   NYC 10019
                     Tel: 646-801-0371
                     Fax: 917-591-4859

I will continue to be of counsel on the above-entitled case at my new firm/agency.

~~I am no longer counsel on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.~~

January 8, 2013                                 /s/ Stephen Norman Weiss